No. 694. GABRIELLI v. KNICKERBOCKER ET AL. April 17, 1939. *Per Curiam:* Motion of the appellees to dismiss the appeal herein granted, and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Olin R. Moyle and R. W. Henderson* for appellant. *Mr. Horace B. Wulff* for appellees.

No. 813. JOHNSON ET AL. v. DEERFIELD ET AL. April 17, 1939. *Per Curiam:* The judgment is affirmed. *Leoles* v. *Landers,* 302 U. S. 656; *Hering* v. *State Board of Education,* 303 U. S. 624; *Hamilton* v. *The Regents,* 293 U. S. 245, 261–262. *Messrs. Olin R. Moyle* and *William G. Fennell* for appellants. No appearance for appellees.